# FEDERAL COMMUNITY DEFENDER OFFICE
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

## *Capital Habeas Unit*

FEDERAL COURT DIVISION - DEFENDER ASSOCIATION OF PHILADELPHIA

SUITE 545 WEST -- THE CURTIS CENTER
601 WALNUT STREET
PHILADELPHIA, PA 19106

| *LEIGH M. SKIPPER* | PHONE NUMBER (215) 928-0520 | *HELEN A. MARINO* |
|---|---|---|
| CHIEF FEDERAL DEFENDER | FAX NUMBER (215) 928-0826 | FIRST ASSISTANT FEDERAL |
| | FAX NUMBER (215) 928-3508 | DEFENDER |

June 3, 2020

Emily Borneisen, Deputy Clerk
Lewis F. Powell, Jr., U. S. Courthouse Annex
1000 East Main Street
Richmond, VA 23219-3517
804-916-2704
*Via ECF*

**Re:** **In re: James H. Roane, Jr., Movant, No. 20-7**

Dear Deputy Clerk Borneisen:

Pursuant to Local Rule 27(d), I am writing to inform the Court that we intend to file a Reply in the above-captioned matter. I am requesting that the Court not act on the Application to File Second or Successive Motion Pursuant to 28 U.S.C. § 2255(h), filed on May 22, 2020, until the Reply is received.

Sincerely,

*/s/ Maura McNally*

Maura McNally
Assistant Federal Defender

MM/mlw

cc:     Richard D. Cooke, via ECF and U.S. Mail