# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

### Case No. 20-7

_____

### In re James H. Roane, Jr.,

### Movant.

_____

## MOTION FOR LEAVE TO FILE A REPLY IN SUPPORT OF
## APPLICATION TO FILE
## SECOND OR SUCCESIVE MOTION PURSUANT TO 28 U.S.C. § 2255(h)
## AND TO HOLD MATTER IN ABEYANCE

_____

### CAPITAL § 2255 PROCEEDINGS

Maura McNally
Peter Williams
Assistant Federal Defenders
Federal Community Defender Office
for the Eastern District of
Pennsylvania
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
(215) 928-0520
Maura_McNally@fd.org
Pete_Williams@fd.org

Counsel for James H. Roane, Jr.

Dated: June 9, 2020

James H. Roane, Jr., through counsel, respectfully moves for leave to file a Reply to the United States' Response to his Application to File Second or Successive Motion Pursuant to § 2255(h).  Mr. Roane's proposed Reply brief, which explains why he has made a *prima facie* showing of the elements governing this Court's evaluation of his Application to File Successive Motion Pursuant to 28 U.S.C. § 2255(h) (hereinafter "Motion"), and why the United States' arguments against the Motion are unavailing, is attached as Appendix A.

Additionally, pursuant to Local Rule of Appellate Procedure 12(d), Mr. Roane respectfully moves this Court to place this matter in abeyance pending the disposition of *United States v. Taylor*, No. 19-7616, which is currently pending before this Court.  The relevant question presented in *Taylor* is:

> (1) Whether an 18 U.S.C. § 924(c) (2018) conviction is subject to vacatur where the indictment charged multiple predicates, one of which is invalid

Order, *U.S. v. Taylor*, No. 19-7616 (Feb. 12, 2020 4th Cir.).  Because the resolution of this question may affect the ultimate resolution of Mr. Roane's case, Mr. Roane respectfully moves that this Court hold his matter in abeyance until *Taylor* is resolved.

**WHEREFORE**, Mr. Roane, through undersigned counsel, respectfully moves this Court to authorize the filing of the proposed Reply brief, attached herein as Appendix A, and to hold this matter in abeyance pending the resolution of *United States v. Taylor*, No. 19-7616.

Respectfully Submitted,

/s/ Maura McNally
Maura McNally
Peter Williams
Assistant Federal Defenders
Federal Community Defender Office
for the Eastern District of
Pennsylvania
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
(215) 928-0520
Pete_Williams@fd.org
Maura_McNally@fd.org

Counsel for James H. Roane, Jr.

Dated: June 9, 2020

# Certificate of Service

I, Maura McNally, hereby certify that on this 9th day of June 2020, I submitted

the foregoing Motion for filing with service via ECF to:

Richard D. Cooke
United States Attorney for the Eastern District of Virginia
919 E. Main St.
Suite 1900
Richmond, VA  23219

/s/ Maura McNally
Maura McNally