# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

June 10, 2020

_____

RESPONSE REQUESTED
_____

No. 20-7,      In re: James Roane, Jr.
              3:92-cr-00068-DJN-3

TO:     United States of America

RESPONSE DUE: **06/12/2020** by 12:00 p.m.

Response is required to the motion for leave to file a reply and motion for abeyance on or before **06/12/2020** by 12:00 p.m.

Emily Borneisen, Deputy Clerk
804-916-2704