# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

### Case No. 20-7

_____

**In re James H. Roane, Jr.,**

**Movant.**

_____

## MOTION FOR LEAVE TO FILE A REPLY IN SUPPORT OF MOTION TO HOLD MATTER IN ABEYANCE
_____

### CAPITAL § 2255 PROCEEDINGS

Maura McNally
Peter Williams
Assistant Federal Defenders
Federal Community Defender Office
for the Eastern District of
Pennsylvania
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
(215) 928-0520
Maura_McNally@fd.org
Pete_Williams@fd.org

Counsel for James H. Roane, Jr.

Dated: June 12, 2020

James H. Roane, Jr., through counsel, respectfully moves for leave to file a Reply to the United States' Response to his Motion to Hold Matter in Abeyance. Mr. Roane's proposed Reply, which explains why this Court should place this matter in abeyance pending the disposition of *United States v. Taylor*, No. 19-7616, is submitted as Appendix A.

Pursuant to Local Rule 27(a), undersigned counsel attempted to contact Assistant United States Attorney Richard Cooke via email to inquire whether he consented to the granting of this Motion for Leave to File a Reply, or intended to file a response in opposition. As of the time of this filing, undersigned counsel has not received word from Mr. Cooke regarding his position.

**WHEREFORE**, Mr. Roane, through undersigned counsel, respectfully moves this Court to authorize the filing of the proposed Reply, attached herein as Appendix A.

Respectfully Submitted,

/s/ Maura McNally
Maura McNally
Peter Williams
Assistant Federal Defenders
Federal Community Defender Office
for the Eastern District of
Pennsylvania
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
(215) 928-0520
Pete_Williams@fd.org
Maura_McNally@fd.org

Counsel for James H. Roane, Jr.

Dated: June 12, 2020

**Certificate of Service**

I, Maura McNally, hereby certify that on this 12th day of June 2020, I submitted the foregoing Motion for filing with service via ECF to:

Richard D. Cooke
United States Attorney for the Eastern District of Virginia
919 E. Main St.
Suite 1900
Richmond, VA  23219


/s/ Maura McNally
Maura McNally