FILED:  June 12, 2020

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 20-7
(3:92-cr-00068-DJN-3)

_____

In re: JAMES H. ROANE, JR., a/k/a J.R.

Movant

_____

O R D E R

_____

Upon consideration of the motion for leave to file a reply in support of

motion to hold matter in abeyance, the court grants the motion.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk