# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

### Case No. 20-7

_____

## In re James H. Roane, Jr.,

## Movant.

_____

## MOTION TO HOLD MATTER IN ABEYANCE
_____

## CAPITAL § 2255 PROCEEDINGS

Maura McNally
Peter Williams
Assistant Federal Defenders
Federal Community Defender Office
for the Eastern District of
Pennsylvania
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
(215) 928-0520
Maura_McNally@fd.org
Pete_Williams@fd.org

Counsel for James H. Roane, Jr.

Dated: November 5, 2020

James H. Roane, Jr., through counsel, respectfully moves this Court to hold his case—specifically, the Court's consideration of his Application to File Second or Successive Motion Pursuant to 28 U.S.C. § 2255(h)—in abeyance for this Court's pending decision in *United States v. Ortiz-Orellana*, No. 16-4844. In support thereof, Mr. Roane states as follows.

1. This motion arises from Mr. Roane's challenge pursuant to § 2255(h)(2) to his convictions for violating 18 U.S.C. § 924(c) because a new rule of constitutional law was announced in *United States v. Davis*, 139 S. Ct. 2319 (2019). In Mr. Roane's case, the record does not conclusively establish the predicate offense upon which the jury relied to convict Mr. Roane under § 924(c). Instead, the indictment pointed to multiple possible underlying offenses under 18 U.S.C. § 1959(a) and 21 U.S.C. § 848(e)(1)(A).

2. Mr. Roane had requested that his case be held in abeyance pending decision in *United States v. Taylor*, No 19-7616, as to which the Fourth Circuit granted a certificate of appealability on the question of whether a § 924(c) conviction is subject to vacatur where the indictment charged multiple predicates, one of which is invalid ("ambiguous record issue," which arises when the record is silent on which of the offenses necessarily served as the basis for the § 924(c) convictions). *See Roane*, Doc. 11-1 (Motion for Leave to File a Reply in Support of Application to File Second or Successive Motion Pursuant to 28 U.S.C. § 2255(h) and to Hold

Matter in Abeyance filed June 9, 2020).  This Court granted that motion.  *See Roane*, Doc. 18 (Order granting filed July 15, 2020).  However, this Court ultimately did not decide the ambiguous record issue in *Taylor*, instead ruling in such a way that obviated the need to address the issue.  *See United States v. Taylor*, No. 19-7616, 2020 WL 6053317, at *1 n.1 (4th Cir. Oct. 14, 2020).

3.  On November 3, 2020, this Court placed the case of Mr. Roane's codefendant, Corey Johnson, which had previously been stayed pending the outcome of *Taylor*, in abeyance pending *Ortiz-Orellana*.  *See In re Corey Johnson*, No. 20-8, Doc. 68 (Order filed Nov. 3, 2020).  To ensure consistent outcomes, Mr. Roane respectfully requests that this Court similarly hold his case in abeyance until *United States v. Ortiz-Orellana* is resolved by this Court.[1]

---

[1] In accordance with Fourth Circuit Local Rule 27(a), Mr. Roane's counsel conferred by email with the Government on November 5, 2020.  The Government indicated that it will oppose Mr. Roane's Motion.

Respectfully submitted,

/s/ Maura McNally
Maura McNally
Peter Williams
Assistant Federal Defenders
Federal Community Defender Office
for the Eastern District of
Pennsylvania
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
(215) 928-0520
Pete_Williams@fd.org
Maura_McNally@fd.org

Counsel for James H. Roane, Jr.

Dated: November 5, 2020

**Certificate of Service**

I, Maura McNally, hereby certify that on this 5th day of November 2020, I

submitted the foregoing Motion for filing with service via ECF to:

Richard D. Cooke
United States Attorney for the Eastern District of Virginia
919 E. Main St.
Suite 1900
Richmond, VA  23219


/s/ Maura McNally
Maura McNally