# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

November 6, 2020

_____

RESPONSE REQUESTED
_____

No. 20-7,  In re: James Roane, Jr.

3:92-cr-00068-DJN-3

TO:  United States of America

RESPONSE DUE: 11/16/2020

Response is required to the motion for abeyance on or before 11/16/2020.

Ashley Brownlee, Deputy Clerk
804-916-2704