# FEDERAL COMMUNITY DEFENDER OFFICE
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

## *Capital Habeas Unit*

FEDERAL COURT DIVISION - DEFENDER ASSOCIATION OF PHILADELPHIA

SUITE 545 WEST -- THE CURTIS CENTER
601 WALNUT STREET
PHILADELPHIA, PA 19106

| | | |
|---|---|---|
| ***LEIGH M. SKIPPER*** | PHONE NUMBER (215) 928-0520 | ***HELEN A. MARINO*** |
| CHIEF FEDERAL DEFENDER | FAX NUMBER (215) 928-0826 | FIRST ASSISTANT FEDERAL |
| | FAX NUMBER (215) 928-3508 | DEFENDER |

November 12, 2020

*Via ECF*

Emily Borneisen, Deputy Clerk
Lewis F. Powell, Jr., U. S. Courthouse Annex
1000 East Main Street
Richmond, VA 23219-3517
804-916-2704

**Re:     In re: James H. Roane, Jr., Movant, No. 20-7**

Dear Deputy Clerk Borneisen:

Pursuant to Local Rule 27(d), I am writing to inform the Court that we intend to file a Reply in the above-captioned matter. I am requesting that the Court not act on Mr. Roane's Motion to Hold Matter in Abeyance, filed on November 5, 2020, until the Reply is received.

Sincerely,

*/s/ Maura McNally*

Maura McNally
Assistant Federal Defender

MM/am

cc:     Richard D. Cooke, via ECF