# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

### Case No. 20-7

_____

### In re James H. Roane, Jr.,

### Movant.

_____

## UNOPPOSED MOTION FOR LEAVE TO FILE A REPLY
## IN SUPPORT OF MOTION
## TO HOLD MATTER IN ABEYANCE

_____

### CAPITAL § 2255 PROCEEDINGS

Maura McNally
Peter Williams
Assistant Federal Defenders
Federal Community Defender Office
for the Eastern District of
Pennsylvania
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
(215) 928-0520
Maura_McNally@fd.org
Pete_Williams@fd.org

Counsel for James H. Roane, Jr.

Dated:  November 17, 2020

James H. Roane, Jr., through counsel, respectfully moves for leave to file a Reply to the United States' Response to his Motion to Hold Matter in Abeyance. Mr. Roane's proposed Reply is submitted as Appendix A.

Pursuant to Local Rule 27(a), counsel contacted Assistant United States Attorney Richard Cooke, who indicated that the Government does not oppose Mr. Roane's Motion for Leave to File a Reply.

**WHEREFORE**, Mr. Roane, through undersigned counsel, respectfully moves this Court to authorize the filing of the proposed Reply, attached herein as Appendix A.

Respectfully Submitted,

/s/ Maura McNally
Maura McNally
Peter Williams
Assistant Federal Defenders
Federal Community Defender Office
for the Eastern District of
Pennsylvania
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
(215) 928-0520
Pete_Williams@fd.org
Maura_McNally@fd.org

Counsel for James H. Roane, Jr.

Dated: November 17, 2020

## Certificate of Service

I, Maura McNally, hereby certify that on this 17th day of November 2020, I

submitted the foregoing Motion for filing with service via ECF to:

Richard D. Cooke
United States Attorney for the Eastern District of Virginia
919 E. Main St.
Suite 1900
Richmond, VA  23219


/s/ Maura McNally
Maura McNally