# Appendix A

# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

## Case No. 20-7

_____

## In re James H. Roane, Jr.,

## Movant.

_____

## REPLY IN SUPPORT OF MOTION TO
## HOLD MATTER IN ABEYANCE
_____

## CAPITAL § 2255 PROCEEDINGS

Peter Williams
Maura McNally
Assistant Federal Defenders
Federal Community Defender Office
  for the Eastern District of
Pennsylvania
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
(215) 928-0520
Pete_Williams@fd.org
Maura_McNally@fd.org

November 17, 2020

In its response to Mr. Roane's abeyance motion, the Government relies primarily on arguments previously made in response to Mr. Roane's prior Motion to Hold Matter in Abeyance, which was granted, Doc. 18 (Order filed July 15, 2020), and in response to his Application to File Second or Successive Motion Pursuant to 28 U.S.C. § 2255(h), which remains pending. Mr. Roane's Application raises the applicability of the Supreme Court's decision in *United States v. Davis*, 139 S. Ct. 2319 (2019), to § 924(c) convictions based on multiple predicates where the record does not conclusively establish the predicate offense upon which the jury relied. This Court considers this an open question and has accordingly granted abeyances in numerous cases for that reason. *See United States v. Walker*, No. 20-6367, Doc. 13 (Order filed Oct. 26, 2020) (granting abeyance pending *United States v. Dickerson*, No. 20-6578); *United States v. Myers*, No. 20-6336, Doc. 14 (Order filed Oct. 28, 2020) (granting same); *United States v. Graham*, No. 20-6440, Doc. 16 (Order filed Oct. 28, 2020) (granting same); *In re Argueta*, No. 20-256, Doc. 13 (Order filed Oct. 27, 2020) (granting same); *United States v. Corbett*, No. 20-6754, Doc. 16 (Order filed Nov. 10, 2020) (granting same); *United States v. Ferone*, No. 20-6432, Doc. 12 (Order filed Nov. 10, 2020) (granting same); *United States v. Wilson*, No. 16-4002, Doc. 57 (Order filed Nov. 10, 2020) (granting same). Indeed, among these cases is that of Mr. Roane's codefendant, Corey Johnson, which presents the same issue. *See In re*

1

*Johnson*, No. 20-8, Doc. 68 (Order filed Nov. 3, 2020) (granting abeyance pending *United States v. Juan Ortiz-Orellana*, No. 16-4844). The Government does not explain why Mr. Roane's case should not be placed in the same posture as that of his identically-situated codefendant.

For all the above reasons and those stated in his Motion to Hold Matter in Abeyance, Mr. Roane respectfully requests that this Court hold his Application in abeyance pending this Court's disposition of *Ortiz-Orellana*.

<div style="margin-left:50%">

Respectfully Submitted,

/s/ Maura McNally
Maura McNally
Peter Williams
Assistant Federal Defenders
Federal Community Defender Office
for the Eastern District of
Pennsylvania
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
(215) 928-0520
Pete_Williams@fd.org
Maura_McNally@fd.org

Counsel for James H. Roane, Jr.

</div>

Dated: November 17, 2020

**Certificate of Service**

I, Maura McNally, hereby certify that on this 17th day of November 2020, I

submitted the foregoing Reply for filing with service to:

Richard D. Cooke
United States Attorney for the Eastern District of Virginia
919 E. Main St.
Suite 1900
Richmond, VA  23219


/s/ Maura McNally
Maura McNally