# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT
1100 East Main Street, Suite 501, Richmond, Virginia 23219

May 24, 2021

_____

RESPONSE REQUESTED
_____

No. 20-7,    In re: James Roane, Jr.
             3:92-cr-00068-DJN-3

TO:    James H. Roane

RESPONSE DUE: 06/03/2021

Response is required to the United States' motion to remove application from abeyance and deny application on or before 06/03/2021.

Emily Borneisen, Deputy Clerk
804-916-2704