# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

### Case No. 20-7

_____

### In re James H. Roane, Jr.,

### Movant.

_____

### UNOPPOSED MOTION FOR EXTENSION OF TIME FOR FILING RESPONSE TO GOVERNMENT'S MOTION TO REMOVE APPLICATION FROM ABEYANCE AND DENY APPLICATION

_____

Appellant James H. Roane, Jr., respectfully moves this Court for a thirty-day extension of time in which to file a response to the Government's motion to remove his application from abeyance and deny the application in the above-captioned matter, currently due June 3, 2021. (ECF No. 27). Undersigned counsel has conferred with Assistant United States Attorney Richard Cooke, who has advised that the Government has no objection to this request.

Mr. Roane moved in this Court for authorization to file a successive motion pursuant to § 2255(h)(2) to vacate his convictions under 18 U.S.C. § 924(c) based on the new rule of constitutional law announced in *United States v. Davis*, 139 S.

Ct. 2319 (2019). (ECF No. 2). This Court placed Mr. Roane's application for authorization in abeyance pending a decision in *United States v. Taylor*, No. 7616. (ECF No. 18).

The Government has now moved this Court to lift the abeyance. (ECF No. 26). Additionally, the Government in its motion argues substantively for denial of Mr. Roane's application for authorization based on this Court's opinion in *United States v. Ali*, 991 F.3d 561 (4th Cir. 2021). Responding to the Government's arguments for denial of the application will require substantial research and briefing. Moreover, undersigned counsel has a motion for habeas relief due in another capital case on June 16, 2021, which will require a significant amount of counsel's time and attention. For these reasons, Mr. Roane requests a thirty-day extension of time to respond to the Government's motion.

This request is made in good faith and is not predicated on any intent to delay. Rather, this request is being made because of the specific needs of this case, and because of counsel's obligation to provide professionally appropriate representation to Mr. Roane and in other capital cases.

**WHEREFORE**, Mr. Roane, through undersigned counsel, respectfully requests that this Court grant this unopposed motion for a thirty-day extension of

time to file his response to the Government's motion to remove the application

from abeyance and deny his application.

Respectfully submitted,

/s/ Joanne Heisey
Joanne Heisey
Assistant Federal Public Defender
Federal Community Defender Office
Eastern District of Pennsylvania
Capital Habeas Unit
The Curtis, Suite 545 West
601 Walnut Street
Philadelphia, PA 19106
(215) 928-0520
joanne_heisey@fd.org

Counsel for James H. Roane, Jr.

Dated: June 1, 2021

**CERTIFICATE OF SERVICE**

I, Joanne Heisey, hereby certify that on this 1st day of June, 2021, I

submitted the foregoing Unopposed Motion for Extension of Time for filing with

service to:

Richard D. Cooke
Assistant United States Attorney for the Eastern District of Virginia
919 E. Main St.
Suite 1900
Richmond, VA  23219


/s/ Joanne Heisey
Joanne Heisey