# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

June 4, 2021

_____

DOCKETING FORMS
FOLLOW-UP NOTICE

_____

No. 20-7,  In re: James Roane, Jr.
  3:92-cr-00068-DJN-3

TO:  James H. Roane

REQUESTED FORM(S) DUE:  **June 7, 2021**

The form(s) identified below must be filed in the clerk's office electronically by the due date shown. The forms are available for completion as links from this notice and at the court's Web site.

[X] Appearance of counsel [eFiler status required] (Joanne Hesiey)

Emily Borneisen, Deputy Clerk
804-916-2704