UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 20-7
(3:92-cr-00068-DJN-3)
_____

In re: JAMES H. ROANE, JR., a/k/a J.R.

      Movant

_____

O R D E R

_____

The court directs the parties to file memorandum briefs addressing movant's application in light of this court's decision in *United States v. Ali*, 991 F.3d 561 (4th Cir. 2021).

Memorandum opening briefs of no more than 20 pages shall be filed by the movant and the government on or before September 2, 2021. Memorandum reply briefs of no more than 10 pages may be filed by the parties on or before September 9, 2021.

                      For the Court

                      /s/ Patricia S. Connor, Clerk