# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT
1100 East Main Street, Suite 501, Richmond, Virginia 23219

September 2, 2021

_____

DOCKET CORRECTION NOTICE
_____

No. 20-7,     <u>In re: James Roane, Jr.</u>
              3:92-cr-00068-DJN-3

TO:    James H. Roane

FILING CORRECTION DUE:  September 2, 2021

Please make the correction identified below and file a corrected document by the date indicated.

[X] Incorrect event used. Please refile document using MEMORANDUM OPENING BRIEF.

Emily Borneisen, Deputy Clerk
804-916-2704