# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

### Case No. 20-7

_____

### In re James H. Roane, Jr.,

### Movant.

_____

### UNOPPOSED REQUEST FOR SEVEN-DAY
### EXTENSION OF TIME TO FILE RESPONSE

_____

Joanne Heisey
Assistant Federal Defender
Federal Community Defender Office
 for the Eastern District of
 Pennsylvania
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
(215) 928-0520
Joanne_Heisey@fd.org

Dated:  September 8, 2021

Pursuant to this Court's order, the parties submitted memorandum briefs addressing Mr. Roane's application in light of this Court's decision in *United States v. Ali*, 991 F.3d 561 (4th Cir. 2021), on September 2, 2021. Response briefs are currently due September 9, 2021. Mr. Roane requests a 7-day extension of time to file his response brief. Undersigned counsel has obligations in other capital cases that necessitate additional time to prepare Mr. Roane's brief. This request is made in good faith and is not predicated on any intent to delay. Undersigned counsel has conferred with Assistant United States Attorney Richard Cooke, who has advised that the Government has no objection to Mr. Roane's extension request.

For the foregoing reasons, Mr. Roane respectfully asks that this Court grant a 7-day extension of time to file his response brief.

Respectfully submitted,

/s/ Joanne Heisey
Joanne Heisey
Assistant Federal Defender
Federal Community Defender Office
  for the Eastern District of
  Pennsylvania
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
(215) 928-0520
Joanne_Heisey@fd.org

Counsel for James H. Roane, Jr.

Dated: September 8, 2021

## Certificate of Service

I, Joanne Heisey, hereby certify that on this 8th day of September 2021, I submitted the foregoing Motion for filing with service via ECF to:

Richard D. Cooke
United States Attorney for the Eastern District of Virginia
919 E. Main St.
Suite 1900
Richmond, VA  23219


/s/ Joanne Heisey
Joanne Heisey