UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 20-7
(3:92-cr-00068-DJN-3)
_____

In re: JAMES H. ROANE, JR., a/k/a J.R.

     Movant

_____

O R D E R

_____

Upon consideration of submissions relative to the unopposed request for seven-day extension of time to file memorandum reply brief, the court grants the motion. Movant's memorandum reply brief is due on or before September 16, 2021.

     For the Court

     /s/ Patricia S. Connor, Clerk