# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

September 16, 2021

_____

## DOCKET CORRECTION NOTICE

_____

No. 20-7,　　In re: James Roane, Jr.
　　　　　　3:92-cr-00068-DJN-3

TO:　James H. Roane

FILING CORRECTION DUE:　September 16, 2021

Please make the correction identified below and file a corrected document by the date indicated.

---

[X] Incorrect event used. Please refile document using

Event:　Memorandum reply brief (no paper copies required)　▼

Emily Borneisen, Deputy Clerk
804-916-2704