FILED: January 24, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————————

No. 20-7
(3:92-cr-00068-DJN-3)

———————————————

In re: JAMES H. ROANE, JR., a/k/a J.R.

    Movant

———————————————

O R D E R

———————————————

Movant has filed a motion for an order authorizing the district court to consider a second or successive application for relief under 28 U.S.C. § 2255.

The court grants the motion.

Entered at the direction of Judge Motz with the concurrence of Judge Floyd. Judge Wilkinson voted to deny the motion.

           For the Court

           /s/ Patricia S. Connor, Clerk