**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501, Richmond, Virginia 23219

January 24, 2022

_____

NOTICE OF AUTHORIZATION
_____

No. 20-7,        In re: James Roane, Jr.
                 3:92-cr-00068-DJN-3

TO: Parties and Counsel

The court has authorized a successive application for post-conviction relief in this case.

In accordance with Local Rule 22(d), the post-conviction application attached to the motion for authorization is being transferred to the district court with the order granting authorization. Any proposed amendment to the post-conviction application should be filed in the district court rather than in the court of appeals.

Ashley Brownlee, Deputy Clerk